UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LESLIE NELSON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FBI-SEATTLE ) <br> ) <br> Defendants. ) <br> ) | Case No. C08-1536-JCC <br><br> ORDER DENYING *IN FORMA PAUPERIS* APPLICATION AND DISMISSING MATTER WITHOUT PREJUDICE |

The Court having reviewed the record in this matter, including the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, finds and ORDERS as follows:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's *in forma pauperis* application is DENIED, and this action in DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B) and Federal Rule of Civil Procedure 12(b)(6).

3) The Clerk of the Court shall close the case and send copies of the Order to plaintiff and Magistrate Judge Tsuchida.

DATED this 25th day of November, 2008.

/s/ John C. Coughenour

JOHN C. COUGHENOUR
United States District Judge